## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**KORIBANICS & KORIBANICS**
**ATTORNEYS AT LAW**
**685 VAN HOUTEN AVE.**
**CLIFTON NJ   07013**
973-778-1800

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Mag No. 22-15039 |
| vs. : | |
| **TAHJEE PICKENS** : | **ORDER FOR CONDITIONS OF RELEASE MODIFICATION** |

THIS MATTER HAVING been opened to the Court by Michael P. Koribanics of the law firm of Koribanics & Koribanics, counsel for Defendant TAHJEE PICKENS, and no objection from Robert Frazer, A.U.S.A., and no objection from U.S. Pretrial Officer, David Hernandez and the parties hereto through their respective counsel having consented to the form, substance and entry of the within Order; and the Court having been satisfied that good cause has been sufficiently established for entry of the within Order;

IT IS ON THIS ___3___ DAY OF ___April___ 2023

ORDERED that, Tahjee Pickens be allowed to be released on Home Detention.

> Home Detention, with electronic monitoring, with exceptions for the following: stationary and verifiable employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services.   The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services.

All the other conditions of the original bail order remain in effect.

ORDERED that a copy of the within Order be served upon all parties within _____ days of the date herein contained.

*Leda Dunn Wettre*
_____
Hon. Leda D. Wettre, U.S.M.J.